**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CELAL DOGAN,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES;<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security;<br><br>JOSEPH B. EDLOW, in his official capacity as Director, U.S. Citizenship and Immigration Services,<br><br>    Defendants. | Civil Action No. 2:26-cv-05570-ES<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>*(Immigration Case)* |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by and through undersigned counsel, Mehmetali Usta Esq., hereby gives notice that the above-captioned action is voluntarily dismissed against all Defendants, without prejudice.

As grounds for this dismissal, Plaintiff notes that the U.S. Citizenship and Immigration Services has adjudicated and approved the underlying administrative petition prior to the formal completion of service of process, rendering the claims in this action moot. Each party shall bear its own costs and attorney's fees.

Dated: June 12, 2026

Respectfully submitted,

*/s/ Mehmetali Usta*_____
Mehmetali Usta
N.J. Bar No. 435692023
USTALEGAL LLC
958 Main Street Ste 5
Paterson, NJ 07503
Tel: (718) 578 1401
info@ustalegal.com
*Attorney for Plaintiff, Celal Dogan*

**SO ORDERED.**    The Clerk of Court shall **CLOSE** this matter.

_____
**Hon. Esther, U.S.D.J.**
**Dated:** June 15, 2026